IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Geraldine, Medley

Printed: 11/27/07

Case Number: 06 B 14940
Judge: Hollis, Pamela S
Filed: 11/14/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 15, 2007
Confirmed: March 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,100.00 | |
| Secured: | | 2,160.81 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,722.33 |
| Trustee Fee: | | 216.86 |
| Other Funds: | | 0.00 |
| Totals: | 4,100.00 | 4,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,800.00 | 1,722.33 |
| 2. | Wells Fargo Financial | Secured | 11,687.64 | 2,160.81 |
| 3. | HLR Federal Credit Union | Unsecured | 239.49 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 367.83 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 156.49 | 0.00 |
| 6. | AT&T Wireless | Unsecured | 100.05 | 0.00 |
| 7. | Loyola University Medical Center | Unsecured | 816.38 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 119.78 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 18.65 | 0.00 |
| 10. | B-Line LLC | Unsecured | 285.67 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 70.21 | 0.00 |
| 12. | Citizens Bank | Unsecured | 381.22 | 0.00 |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Applied Card Bank | Unsecured | | No Claim Filed |
| 15. | Dupage Medical Group | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Advocate Good Samaritan Hospital | Unsecured | | No Claim Filed |
| 19. | Hinsdale Sanitarium & Hospital | Unsecured | | No Claim Filed |
| 20. | DuPage Radiologists | Unsecured | | No Claim Filed |
| 21. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 22. | Lease Com | Unsecured | | No Claim Filed |
| 23. | Medical Eye Services | Unsecured | | No Claim Filed |
| 24. | Oak Brook Chiropractic Center | Unsecured | | No Claim Filed |
| 25. | James M Noth Md | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Geraldine, Medley | Case Number: 06 B 14940 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/27/07 | Filed: 11/14/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Oak Brook Chiropractic Center | Unsecured | | No Claim Filed |
| 27. | Providian | Unsecured | | No Claim Filed |
| 28. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 29. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 30. | Spiegel | Unsecured | | No Claim Filed |

$ 17,043.41        $ 3,883.14

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 36.32 |
| 5.4% | 180.54 |
| | $ 216.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_